IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH R. DILLINGER,<br>    Petitioner, | )<br>)<br>) |
| vs. | )    Civil Action No. 18-1491 |
| ROBERT GILMORE, et al.,<br>    Respondents. | )<br>)<br>) |

## O R D E R

AND NOW, this 28th day of March, 2019, after the petitioner, Joseph R. Dillinger, submitted a petition for a writ of habeas corpus without payment of the filing fee or a motion to proceed in forma pauperis, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the petitioner a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 3), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus submitted by the petitioner (ECF No. [1]) is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                                               s/Nora Barry Fischer
                                                               Nora Barry Fischer
                                                               United States District Judge

cc: Joseph R. Dillinger
NM-2173
SCI Greene
169 Progress Drive
Waynesburg, PA 15370